Before SWAN, Chief Judge, and AUGUSTUS N. HAND and FRANK, Circuit Judges.

PER CURIAM.

Having examined the record we are satisfied that the trial judge committed no error of law and made findings of fact which the evidence amply supports. See United States v. Johnson, 327 U. S. 106, 66 S. Ct. 464, 90 L.Ed. 562; United States v. On Lee, 2 Cir., 201 F.2d 722. The order is affirmed. The motion for stay of execution is denied.

■

UNITED STATES of America ex rel. Robert TROWBRIDGE, Appellant, v. COMMON-WEALTH OF PENNSYLVANIA, Dr. John W. Claudy, Warden of Western State Penitentiary and State Court Officials, Beaver County, Pennsylvania.

No. 10980.

United States Court of Appeals Third Circuit.

Submitted May 22, 1953.

Decided June 5, 1953.

Robert Trowbridge, pro se.

Richard P. Steward, Dist. Atty. of Beaver County, New Brighton, Pa., J. Leonard Solomon, 1st Asst. Dist. Atty. Beaver County, Pa., Beaver Falls, Pa., Robert E. Woodside, Atty. Gen. of Pa., for appellees.

Before MARIS, STALEY and HASTIE, Circuit Judges.

PER CURIAM.

This is an appeal by the relator from an order dismissing his petition for a writ of habeas corpus. The district court, upon consideration of the petition, answer, and the complete record of the State proceedings, found the contentions of the relator to be without merit.[1] Brown v. Allen, 1953, 344 U.S. 443, 457–460, 73 S.Ct. 397. Cf. United States ex rel. Master v. Baldi, 3 Cir., 1952, 198 F.2d 113. We could add nothing to that court's opinion. The order will be affirmed.

■

CLARK TRANSPORT COMPANY, Appellant, v. Marilyn ARBUCKLE, a Minor, by Delbert Arbuckle, her Father and Natural Guardian.

No. 14769.

United States Court of Appeals Eighth Circuit.

April 1, 1953.

Mordaunt & Mordaunt, Minneapolis, Minn., for appellant.

Foley & Foley, Wabasha, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed with prejudice, but without taxation of costs in favor of either of the parties in this Court, on stipulation of counsel for respective parties.

■

COMMISSIONER OF INTERNAL REVENUE v. Arthur E. MORETON.

No. 4621.

United States Court of Appeals Tenth Circuit.

April 1, 1953.

H. Brian Holland, Asst. Atty. Gen., Ellis N. Slack, Sp. Asst. to Atty. Gen., and Charles W. Davis, Chief Counsel, and

1. United States ex rel. Trowbridge v. Commonwealth of Pennsylvania, D.C., 112 F.Supp. 356.

John M. Morawski, Sp. Atty., Bureau of Internal Revenue, Washington, D. C., for petitioner.

A. Calder Mackay and Adam Y. Bennion, Los Angeles, Cal., for respondent.

Before PHILLIPS, Chief Judge, and PICKETT, Circuit Judge.

PER CURIAM.

Petition to review dismissed pursuant to stipulation of parties.

---

COMMISSIONER OF INTERNAL REVENUE v. Arthur E. MORETON et al.

No. 4622.

United States Court of Appeals
Tenth Circuit.

April 1, 1953.

H. Brian Holland, Asst. Atty. Gen., Ellis N. Slack, Sp. Asst. to Atty. Gen., and Charles W. Davis, Chief Counsel, and John M. Morawski, Sp. Atty., Bureau of Internal Revenue, Washington, D. C., for petitioner.

A. Calder Mackay and Adam Y. Bennion, Los Angeles, Cal., for respondents.

Before PHILLIPS, Chief Judge and PICKETT, Circuit Judge.

Petition to review dismissed pursuant to stipulation of parties.

---

HELFER–KING, Inc. et al. v. UTAH ICE & STORAGE CO. et al.

No. 4576.

United States Court of Appeals
Tenth Circuit.

March 2, 1953.

Stewart Cannon & Hanson, Salt Lake City, Utah, Lawrence L. Summerhays, Salt Lake City, Utah, and E. L. Schoenhals, Salt Lake City, Utah, for appellants.

Dan B. Shields, Salt Lake City, Utah, Stephens, Brayton & Lowe, Salt Lake City, Utah, and Donald C. McCreery, Denver, Colo., for appellees.

Before PHILLIPS, Chief Judge and KNOUS, District Judge.

PER CURIAM.

Appeal dismissed pursuant to agreement of counsel.

---

COMMISSIONER OF INTERNAL REVENUE v. G. E. NICHOLSON.

COMMISSIONER OF INTERNAL REVENUE v. Oma M. NICHOLSON.

COMMISSIONER OF INTERNAL REVENUE v. J. B. McGAY.

COMMISSIONER OF INTERNAL REVENUE v. Bonnie McGAY.

Nos. 4610–4613.

United States Court of Appeals
Tenth Circuit.

Feb. 3, 1953.

Charles S. Lyon, Asst. Atty. Gen., and Charles W. Davis, Chief Counsel, Bureau of Internal Revenue, Washington, D. C., for petitioner.

Joseph A. Hoskins, Kansas City, Mo., for respondents.

Before PHILLIPS, Chief Judge, and KNOUS, District Judge.

PER CURIAM.

Petitions to review docketed and dismissed February 3, 1953, 17 T.C. 1399, on motion of petitioner, respondents consenting thereto.